IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR414-299
)
ISAAC MARTIN, )
)
Defendant. )
)

## ORDER

Before the Court is the Government's Motion for Reduction of Sentence Pursuant to Rule 35 and 18 U.S.C. § 3553(c). (Doc. 20.) In its motion, the Government asserts that, pursuant to Federal Rule of Criminal Procedure 35(b), a reduction in Defendant's sentence is warranted based on his assistance in the investigation and prosecution of others. After careful consideration, the Government's motion is **GRANTED**. It is the judgment of the Court that Defendant's term of imprisonment shall be reduced from **forty-eight** to **thirty-one months**. All other terms and conditions of the sentence previously imposed by the Court shall remain in full effect. The Clerk of Court is **DIRECTED** to amend the judgment in this case in accordance with this order.

SO ORDERED this 9th day of September 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA